UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States ex rel. Daniel Leroy Patten,

       Plaintiff,

v.

Aitkin County Health and Human Services
and her John and Jane Doe Accomplices,

       Defendant.[1]

Case No. 19-cv-1712 (JNE/LIB)
ORDER

In a Report and Recommendation dated January 28, 2021, the Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that Defendant's Motion to Dismiss be granted in part and denied in part and that Plaintiff's Complaint be dismissed without prejudice. No objection to the Report and Recommendation has been received. The Court accepts the recommended disposition. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss [Docket No. 32] is GRANTED IN PART and DENIED IN PART.

2. Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 26, 2021

                                                  s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge

---

[1] In his Complaint, Plaintiff stated that "Defendant . . . shall be rendered in the singular." In his response to Defendant's Motion to Dismiss, Plaintiff stated that "Aitkin County Health and Human Services and her John and Jane Doe Accomplices" is not "accurate."